WILLIAM L. STERN (CA SBN 96105)
(WStern@mofo.com)
JAMES R. McGUIRE (CA SBN 189275)
(JMcGuire@mofo.com)
ELIZABETH O. GILL (CA SBN 218311)
(EGill@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
PAYPAL, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIPSA PATEL, on behalf of herself and similarly situated PayPal customers,<br><br>                    Plaintiff,<br><br>         v.<br><br>PAYPAL, INC.,<br><br>                    Defendant. | Case No.    05-CV-04706-JW<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hon. James Ware<br><br>Complaint filed:    November 16, 2005 |

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
 05-CV-04706-JW
sf-2118012

**[PROPOSED] ORDER**

The Court, having considered the stipulation fo the parties, and good cause having been shown, hereby GRANTS the parties' stipulation as follows:

(1) Plaintiff shall have to and including June 12, 2006 to file the amended complaint, if any, contemplated by the Order granting PayPal's motion to strike class allegations. PayPal shall respond to any such amended complaint within 10 days of service;

(2) PayPal need not respond to the operative complaint unless and until counsel for Plaintiff notifies PayPal in writing that Plaintiff does not intend to amend the complaint contemplated by the Order granting PayPal's motion to strike class allegations. If plaintiff so notifies PayPal, PayPal shall have 10 days to respond to the operative complaint; and

(3) The Case Management Conference set for May 8, 2006 is continued to June 26, 2006 at 10:00 a.m. The parties shall meet and confer and submit a joint case management statement pursuant to the Local Rules to the Court on or before June 16, 2006.

**IT IS SO ORDERED.**

Dated: _____May 3_____, 2006

_____
THE HONORABLE JAMES WARE
United States District Judge

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
05-CV-04706-JW
sf-2118012

1