WILLIAM L. STERN (CA SBN 96105)
(WStern@mofo.com)
JAMES R. McGUIRE (CA SBN 189275)
(JMcGuire@mofo.com)
ELIZABETH O. GILL (CA SBN 218311)
(EGill@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
PAYPAL, INC.

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIPSA PATEL, on behalf of herself and similarly situated PayPal customers,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL, INC.,<br><br>Defendant. | Case No.   05-CV-04706-JW<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hon. James Ware<br><br>Complaint filed:   November 16, 2005 |

# [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, and good cause having been shown, hereby GRANTS the parties' stipulation as follows:

(1) Plaintiff shall have to and including July 12, 2006 to file the amended complaint, if any, contemplated by the Order granting PayPal's motion to strike class allegations. PayPal shall respond to any such amended complaint within 10 days of service; and

(2) The Case Management Conference set for June 26, 2006 is continued to SEPT. 18, 2006 at 10:00 a.m. The parties shall meet and confer and submit a joint case management statement pursuant to the Local Rules to the Court on or before July 21, 2006.

**IT IS SO ORDERED.**

Dated: June 14, _____, 2006

_____
THE HONORABLE JAMES WARE
United States District Judge