WILLIAM L. STERN (CA SBN 96105)
(WStern@mofo.com)
JAMES R. McGUIRE (CA SBN 189275)
(JMcGuire@mofo.com)
ELIZABETH O. GILL (CA SBN 218311)
(EGill@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
PAYPAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIPSA PATEL, on behalf of herself and similarly situated PayPal customers,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAYPAL, INC.,<br><br>　　　　　　Defendant. | Case No.   05-CV-04706-JW<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Hon. James Ware<br><br>Complaint filed:   November 16, 2005 |

[PROPOSED ORDER] EXTENDING TIME TO FILE AMENDED COMPLAINT AND CONTINUING CMC
 05-CV-04706-JW
sf-2190212

1 **[PROPOSED] ORDER**

2 The Court, having considered the stipulation of the parties, and good cause having been shown, hereby GRANTS the parties' stipulated administrative request as follows: The Case Management Conference set for September 18, 2006 is continued to November 20, 2006 at 10:00 a.m. The parties shall meet and confer and submit a joint case management statement pursuant to the Local Rules to the Court at least 5 days before the Case Management Conference.

**IT IS SO ORDERED.**

Dated: _September 8_____, 2006

_____
THE HONORABLE JAMES WARE
United States District Judge

[PROPOSED ORDER] EXTENDING TIME TO FILE AMENDED COMPLAINT AND CONTINUING CMC
05-CV-04706-JW
sf-2190212                                                                                                              1