**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   Lisa Patel,                              NO. C 05-04706 JW

11              Plaintiff,                     **FINAL CONTINUANCE OF CASE**
         v.                                    **MANAGEMENT CONFERENCE**
12
     Paypal Inc.,
13
              Defendant.
14   _____/

15          To accommodate the parties' efforts in resolving the case, the Court grants a final

16   continuance of the case management conference presently scheduled for November 20, 2006.  The

17   new conference date is **December 4, 12006 at 10 AM.**  The parties shall file a joint case

18   management conference updating the Court on the status of settlement no later than ten days before

19   the date of the conference.  Should the parties reach an agreement and file a stipulated dismissal, the

20   case management conference will be vacated.

21

22   Dated:  November 14, 2006                _____
                                              JAMES WARE
23                                            United States District Judge

24
25
26
27
28

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Elizabeth O. Gill egill@mofo.com
James R. McGuire jmcguire@mofo.com

3

S. Chandler Visher chandler@visherlaw.com
William L. Stern wstern@mofo.com

4

5

**Dated:  November 14, 2006**                    **Richard W. Wieking, Clerk**

6

7

**By:   /s/ JW Chambers**
                                                        **Elizabeth Garcia**

8

                                                        **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California