IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lipsa Patel, | NO. C 05-04706 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **RE: SETTLEMENT** |
| Paypal Inc., | |
| Defendant. | |

On November 22, 2006, the parties informed the Court via a Joint Case Management Conference Statement that they had agreed to a settlement in principle and intend to execute agreements and file a stipulated dismissal. In light of this notification, the Court vacates all trial and pretrial dates. On or before December 29, 2006, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **January 8, 2007 at 9:00 a.m.** to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **December 29, 2006**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  November 29, 2006

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elizabeth O. Gill egill@mofo.com
James R. McGuire jmcguire@mofo.com
S. Chandler Visher chandler@visherlaw.com
William L. Stern wstern@mofo.com

**Dated: November 29, 2006**                    **Richard W. Wieking, Clerk**

                                                **By:      /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California