LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (State Bar No. 52957)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone: (415) 901-0500
Facsimile: (415) 901-0504

THE LAW OFFICES OF DANIEL HARRIS
Daniel Harris, Esq., (*pro hac vice application to be filed*)
Anthony Valach, Esq. (*pro hac vice application to be filed*)
150 N. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LIPSA PATEL, on behalf of herself and similarly situated PayPal customers,<br><br>          Plaintiffs,<br><br>v.<br><br>PAYPAL, INC.,<br><br>          Defendant. | **No. 05-CV-04706 JW**<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR DISMISSAL**<br><br>Dept.: Courtroom No. 8, 4th Floor<br>          Honorable James Ware<br><br>**Complaint Filed: Nov. 16, 2005** |

   The parties to this action, through their attorneys authorized to so stipulate, hereby stipulate pursuant to Federal Rules of Civil Procedure 41(a) that this action shall be dismissed. The class herein has not been certified and the class will not be bound by the dismissal; Rule

1  23(e) of the Federal Rules of Civil Procedures is not applicable.

2  Dated: November 30, 2006

                                      LAW OFFICES OF S. CHANDLER VISHER
                                      LAW OFFICES OF DANIEL HARRIS

                        By:    /s/ S. Chandler Visher_____
                               S. Chandler Visher, Esq., Attorney for Plaintiff

                              MORRISON & FOERSTER LLP

                              By: /s/ James R. McGuire_____
                              James R. McGuire, Attorney for Defendant

STIPULATION FOR DISMISSAL        CASE NO. 05-CV-04706 JW

2